# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39672**

————————————

## UNITED STATES
*Appellee*

**v.**

## Elijah R. VANCLIEF
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 27 August 2019

————————————

*Military Judge:* John C. Degnan.

*Approved sentence:* Bad-conduct discharge, confinement for 3 months, and reduction to E-1. Sentence adjudged 6 December 2018 by GCM convened at Tinker Air Force Base, Oklahoma.

*For Appellant:* Lieutenant Colonel R. Davis Younts, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before J. JOHNSON, POSCH, and KEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c) (2016).

Accordingly, the approved findings and sentence are **AFFIRMED**.

 FOR THE COURT

AARON L. JONES
Deputy Clerk of the Court